

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SA:CAC/ZA/SPN
F. #2013R01853

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 12, 2014

BY HAND DELIVERY AND ECF

The Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   United States v. John Doe
      Criminal Docket No. 14-438 (PKC)

Dear Judge Chen:

A proceeding in the above-referenced case is scheduled for August 13, 2014 at 5:30 p.m. before Your Honor. The government submits under separate cover a motion and proposed order to close the courtroom for the proceeding and requests, for the reasons set forth therein, that the motion and any order entered by the Court be filed under seal.

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney

By:   _____
      Shreve Ariail
      Assistant U.S. Attorney
      718-254-6616

cc:   Joyce London, Esq.