**DOCKET NUMBER**:   14 CR 438 (PKC)

**CRIMINAL CAUSE FOR** MOTION HEARING

**BEFORE JUDGE**: PAMELA K. CHEN, USDJ   **DATE:** 8/13/2014   **TIME IN COURT** 0 HRS 5 MINS

**DEFENDANT'S NAME**:   JOHN DOE       **DEFENDANT #**   1
X  Present         ❏  Not Present        X  Custody    ❏ Not In Custody

**DEFENSE COUNSEL**:    JOYCE LONDON
❏ Federal Defender   ❏ CJA        X  Retained

**A.U.S.A.**: SHREVE ARIAIL, CELIA COHEN,    **COURTROOM DEPUTY:**  F. ABDALLAH
   ZAINAB AHMAD                                                    & D. GREENE
**COURT REPORTER:** MICHELE NARDONE    **INTERPRETER:**  N/A

- ❏ Plea Hearing
- ❏ Change of Plea Hearing
- ❏ In Chambers Conference
- ❏ Pre Trial Conference
- ❏ Initial Appearance
- ❏ Status Conference
- ❏ Telephone Conference
- ❏ Voir Dire Begun    ❏ Voir Dire Held    ❏ Jury selection
- ❏ Jury trial    ❏ Jury Trial Death Penalty    ❏ Sentence enhancement Phase
- ❏ Bench Trial Begun    ❏ Bench Trial Held    ❏ Bench Trial Completed
- X Motion Hearing    ❏ Motion Hrg Non Evidentiary
- ❏ Revocation of Probation non contested
- ❏ Revocation of Probation contested
- ❏ Sentencing non-evidentiary
- ❏ Sentencing Contested
- ❏ Revocation of Supervised Release evidentiary
- ❏ Revocation of Supervised Release non-

**TEXT**

For the reasons stated on the record the following is granted: (i) the government's motion to seal the courtroom; (ii) the government's request to seal the transcript of this proceeding; (iii) and to use the name "John Doe" in place of the deft's true name in the case caption.