Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

Eastern District of New York

Caption:

USA

v.

John Doe

Docket No.: 14-cr-438

Pamela K. Chen

(District Court Judge)

Notice is hereby given that Johnny Dwyer appeals to the United States Court of Appeals for the Second Circuit from the judgment ____, other | ✔ Order re: Motion to Unseal

(specify)

entered in this action on 10/30/2014

(date)

This appeal concerns: Conviction only | ___ | Sentence only | ___ | Conviction & Sentence | ___ | Other | ✔ |

Defendant found guilty by plea | ✔ | trial | | N/A | .

Offense occurred after November 1, 1987? Yes | ✔ | No [      N/A [

Date of sentence: _____ N/A | ✔ |

Bail/Jail Disposition: Committed | ___ | Not committed | | N/A | ✔ |

Appellant is represented by counsel? Yes | ✔ | No |      If yes, provide the following information:

Defendant's Counsel: Zachary Margulis-Ohnuma

Counsel's Address: Law Office of Zachary Margulis-Ohnuma

260 Madison Ave., 17th Fl., New York, NY 10016

Counsel's Phone: (212) 685-0999

Assistant U.S. Attorney: Shreve Ariail

AUSA's Address: 271 Cadman Plaza East

Brooklyn, NY 11201

AUSA's Phone: (718) 254-6616

s/Zachary Margulis-Ohnuma

Signature