

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

RMT:ML
F. #2013R01853

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 4, 2018

BY HAND DELIVERY AND ECF

The Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York   11201

> Re:   United States v. John Doe
>        Criminal Docket No. 14-438 (PKC)

Dear Judge Chen:

  A proceeding in the above-referenced case is scheduled for May 9, 2018 at 10:00 a.m. before Your Honor.   The government submits under separate cover a motion and proposed order to close the courtroom for the proceeding and requests, for the reasons set forth therein, that the motion and any order entered by the Court be filed under seal.

             Respectfully submitted,

             RICHARD P. DONOGHUE
             United States Attorney

        By:  /s/
             Margaret Lee
             Assistant U.S. Attorney
             718-254-6205

cc:   Joyce London, Esq. (via electronic mail)